(113 So. 316)

## Joe PRUITT v. STATE. (7 Div. 753.)

Supreme Court of Alabama. June 9, 1927.

Petition for certiorari to Court of Appeals.

Longshore & Longshore, of Columbiana, for petitioner.

Charlie C. McCall, Atty. Gen., opposed.

PER CURIAM. Petition of Joe Pruitt for certiorari to the Court of Appeals, to review and revise the judgment and decision of that court in Pruitt v. State, 113 So. 316.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and BOULDIN, JJ., concur.